# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

Kayland Hayes,

    Plaintiff,

vs.

Union Health, LLC, d/b/a Crisp Connections,

    Defendant.

Case No. 2:21-cv-02354-SHM
**JURY DEMANDED**

## NOTICE OF SETTLEMENT

Come now counsel for Union Health LLC, d/b/a Crisp Connections and Kayland Hayes give notice pursuant to Local Rule 83.13 that the parties have settled this matter.  The parties have executed a settlement agreement which provides that the case will be dismissed upon payment of the settlement amount.  It is anticipated that the requirements of the settlement agreement will be met no later than November 12, 2021, and dismissal papers will be filed with the Court promptly thereafter.

DATED:  Octoebr 7, 2021

Respectfully submitted,

/s/ Tracy A. Warren
Tracy A. Warren (SBN:  228013)
Jillian Stanley (SBN:  323317)
BUCHALTER
A Professional Corporation
655 West Broadway, Suite 1600
San Diego, CA  92101
Telephone: 619.219.5335
Email:  twarren@buchalter.com

*Attorneys for Defendant*

BN 47210216v1

       */s/ Philip Oliphant*
Philip Oliphant
The Crone Law Firm
88 Union Avenue, 14th Florr
Memphis, TN  38103
Telephone: 901.737.7740
Email:  poliphant@cronelawfirm.com

*Attorney for Plaintiff*