# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

Kayland Hayes,

      Plaintiff,

vs.

Union Health, LLC, d/b/a Crisp Connections,

      Defendant.

Case No. 2:21-cv-02354-SHM
**JURY DEMANDED**

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kayland Hayes and Defendant Union Health, LLC, by and through counsel, hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

 s/Philip Oliphant_____
Alan G. Crone, TN Bar No. 014285
Philip Oliphant, TN Bar No. 025990
THE CRONE LAW FIRM, PLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
901.737.7740 (voice)
901.474.7926 (fax)
acrone@cronelawfirmplc.com
poliphant@cronelawfirmplc.com

*Attorney for Plaintiff*


Jillian Stanley_____
Tracy A. Warren (SBN: 228013)
Jillian Stanley (SBN: 323317)
BUCHALTER
A Professional Corporation
655 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: 619.219.5335
Email: twarren@buchalter.com

*Attorneys for Defendant*

2