IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KAYLAND HAYES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No.:  2:21-cv-2354-SHM/atc |
| | ) |
| UNION HEALTH, LLC d/b/a | ) |
| CRISP CONNECTIONS, | ) |
| | ) |
|    Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is parties' November 16, 2021 joint stipulation of dismissal with prejudice (D.E. 22).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation, this action is DISMISSED WITH PREJUDICE, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED this 16th  day of November, 2021.

                                                              */s/ Samuel H. Mays, Jr.*
                                                              SAMUEL H. MAYS, JR.
                                                             UNITED STATES DISTRICT JUDGE