```
              UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION


KAYLAND HAYES,                   )
                                 )
    Plaintiff,                   )
                                 )
v.                               ) No.:  2:21-cv-2354-SHM/atc
                                 )
UNION HEALTH, LLC d/b/a          )
CRISP CONNECTIONS,               )
                                 )
    Defendant.                   )
```

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 23) docketed November 16, 2021.

# APPROVED:

_/s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_November 16, 2021_____          THOMAS M. GOULD___
DATE                                        CLERK

                                            _/s/  Jairo Mendez_____
                                            (By) DEPUTY CLERK